Cause No. 1-77-179



| THE STATE OF TEXAS | § | IN THE 114th DISTRICT COURT |
| | § | CLERK, 114th JUD DIST COURT, SMITH CO. TX DEP |
| VS. | § | OF |
| | § | |
| KERRY MAX COOK | § | SMITH COUNTY, TEXAS |

## ORDER ON MOTION FOR DNA TESTING

On this /2ᵗʰ day of ~~August, 2012~~ February 2013, came to be heard matters pertaining to a motion for DNA testing under Chapter 64 of the Texas Code of Criminal Procedure filed by the defendant, Kerry Max Cook. Pursuant to Art. 64.03 of the Code of Criminal Procedure the Court makes the following findings:

1.      The State has, within the time frame imposed under Art. 64.02 (a) (2) of the Code of Criminal Procedure, constructively delivered to the Court evidence of the offense of Murder under this cause. By order of the Judge John Ovard, Presiding Judge of the 1ˢᵗ Administrative Judicial District, this evidence has been maintained by the Smith County Criminal District Attorney's office until such time as it is ordered to be delivered to the Court or sent for testing.

2.      The State has further provided this Court with written reports concerning the condition of this evidence, the chain of custody of the evidence, and its suitability for DNA testing as required by Art. 64.02 (a) (2) (A) of the Code of Criminal Procedure.

3.      On August 6, 2012, Judge John Ovard, Presiding Judge of the 1ˢᵗ Administrative Judicial District, issued an order of assigning this case to the 114th District Court of Smith County, Texas, Judge Christi Kennedy, presiding.

4.      The evidence uncovered by the State still exists and is in a condition making DNA testing possible.

5.      A sufficient chain of custody for this evidence exists to establish that it has not been substituted, tampered with, replaced, or altered in any material respect.

6.      Identity was an issue in the case.

7.      The defendant has shown by a preponderance of the evidence that he would not have been convicted if exculpatory results had been obtained through DNA testing; and the request for the proposed DNA testing is not made to unreasonably delay the execution of sentence or administration of justice.

Page 1 of 2

8.    Other evidence in this case, which was found in storage at the Southwestern Institute of Forensic Sciences and the Texas Department of Public Safety Lab, was previously ordered by Judge John Ovard, Presiding Judge of the 1st Administrative Judicial District, on May 4, 2012, to be sent to Orchid Cellmark, 13988 Diplomat Drive, Dallas, Texas 75234, for DNA testing.

9.    Said evidence pertinent to this order consists of the following:

**Item 1:**    Hair found next to the victim's right hand

**Item 2:**    Victim's bedspread and pillow

**Item 3:**    Cigarette butts found in the victim's ashtray

**Item 4:**    Vacuumed items from area of floor between victim's legs

**Item 5:**    Victim's blouse

**Item 6:**    Knife collected at the crime scene

10.    The Court orders that the items of evidence listed above and currently in possession of the Smith County Criminal District Attorney's office should be sent to Orchid Cellmark, 13988 Diplomat Drive, Dallas, Texas 75234, for DNA testing.

SIGNED ON THIS DAY OF February 12, 2013

HONORABLE CHRISTI KENNEDY
Judge, 114th District Court
SMITH COUNTY, TEXAS

Fax to
902-590-1719 - put in law
214-665-2601
214-468-8104
212-364-5341